HARRIET PORTMAN, Respondent, v. ISRAEL BURACK et al., Appellants.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CORBETT, Appellant.— Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING MAGARIL, Doing Business as I. MAGARIL, Appellant.— Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Close, P. J.

HARRY RADER, Respondent, v. MAURICE SIMMONS, Individually and as Property Clerk of the Police Department of the City of New York, Appellant.—

(*Meyers v. Anwal Realty Corp.*, 222 App. Div. 65.) [See 264 App. Div. 415; 264 App. Div. 958; 265 App. Div. 937.] Present — Close, P. J., Hagarty, Carswell and Taylor, JJ.; Lewis, J., not voting.

WALLACE H. REEDER et al., Respondents, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

LUCILLE N. C. BETTS, Respondent, v. ROBERT S. CLARK, Appellant. No opinion. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.